**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RINGNECK, INC.,

        Plaintiff,

vs.                                                      Case No. 3:08-cv-261-J-32JRK

JAMES R. BUCK,

        Defendant.

## **ORDER**

This case is before the Court on Plaintiff's Motion for Summary Judgment Based Upon Final Evidence (Doc. 83). The Court previously denied Plaintiff's Motion for Summary Judgment, see Doc. 48, and Motion for Reconsideration of the Court's July 30, 2009 Order, see Doc. 67, each of which addressed the same issue presented here. Though the current Motion purportedly relies upon additional deposition testimony, it is not properly documented or supported with a memorandum of law and does not adequately demonstrate the absence of any genuine issue of material fact as to Defendant's defense of payment.[1]

Accordingly, it is hereby

**ORDERED**:

Plaintiff's Motion for Summary Judgment Based Upon Final Evidence (Doc. 83) is

---

[1] Rather, the Motion merely refers to the entire deposition transcripts of Messrs. Forrest L. Champion and William R. Blanchard, without so much as identifying any particular material which would refute Defendant's theory of defense. The Motion is two pages long and incorporates the memoranda in support of Plaintiffs' previous motions for summary judgment in lieu of a memorandum of law. The Court does not consider this to be a well-taken motion at this stage in the litigation.

**DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida this 8th day of July, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jmm.

Copies:

counsel of record
pro se party